

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00617-CV

Toni **COMBEST** and Mountain Laurel Minerals, LLC,
Appellants

v.

**MUSTANG MINERALS, LLC**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00144-CVL
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the appeal of Appellant Mountain Laurel Minerals, LLC is DISMISSED, and the trial court's judgment against Appellant Toni Combest is AFFIRMED. Costs of appeal are taxed against Appellant Toni Combest.

SIGNED August 3, 2016.

_Karen Angelini_
Karen Angelini, Justice